UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANNA JAQUES HOSPITAL**, *et al.*, : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Civil Action No. 06-767 (GK) |
| : | |
| **MICHAEL O. LEAVITT,** : | |
| : | |
| **Defendant.** : | |

**ORDER TO SHOW CAUSE**

This case has been assigned to this Court's docket on the basis of its being related to Civil No. 05-625. Plaintiffs are **Ordered to Show Cause** no later than **May 15, 2006**, why they believe the cases are related under our Local Rules.


April 28, 2006                                    /s/
                                                  Gladys Kessler
                                                  United States District Judge


**Copies via ECF to all counsel of record**