UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANNA JAQUES HOSPITAL, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, in his official capacity as )<br>SECRETARY OF THE UNITED STATES )<br>DEPARTMENT OF HEALTH AND HUMAN )<br>SERVICES, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-0767 (GK) |

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiffs, fifty-seven hospitals in Massachusetts (the "Plaintiff Hospitals"), respectfully submit this response to the Court's April 28, 2006 Order to Show Cause.

1. On March 25, 2005, the Plaintiff Hospitals, along with five other plaintiffs, filed Civil Action No. 05-0625 (GK) (the "FY05 Case"). In the FY05 Case, the Plaintiff Hospitals challenge the Secretary of Health and Human Services' exclusion of Nantucket Cottage Hospital's wage data in calculating the Fiscal Year 2005 Medicare wage index for Massachusetts hospitals. The FY05 case has been fully briefed on cross-motions for summary judgment.

2. On April 27, 2006, the Plaintiff Hospitals filed this civil action (the "FY06 Case"). In the FY06 Case, the Plaintiff Hospitals challenge the Secretary of Health and Human Services' exclusion of Nantucket Cottage Hospital's wage data in calculating the Fiscal Year 2006 Medicare wage index for Massachusetts hospitals.

3. Essentially, the FY06 case raises the same issues as the FY05 case, but raises those issues with respect to Medicare reimbursement for Fiscal Year 2006 rather than Fiscal Year 2005.

4.      The Secretary's decisions to exclude Nantucket Cottage Hospital's wage data in updating both the Fiscal Year 2005 and Fiscal Year 2006 wage indices grow out of the Secretary's determination in 2003 to "change[] his established practice and . . . exclude the wage data of hospitals that were subsection (d) hospitals in the survey year, but that thereafter converted to CAH status. Changes to the Hospital Inpatient Prospective Payment Systems and Fiscal Year 2004 Rates, 68 Fed. Reg. 45,346, 45,397–98 (Aug. 1, 2003)." FY05 Compl. ¶ 24; FY06 Compl. ¶ 24. Thus, both cases arguably "grow out of the same event or transaction"—the Secretary's 2003 decision to violate the Social Security Act and Administrative Procedure Act by excluding data from Nantucket Cottage Hospital and other hospitals that converted to CAH status after the relevant survey year, and plaintiffs therefore designated the cases as related in accordance with the local rules. LCvR 40.5(a)(3)(iii).

Respectfully Submitted,

ANNA JAQUES HOSPITAL, et al.

By their attorneys,

/s/ Ankur J. Goel
Ankur J. Goel, D.C. Bar #451594
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005
(202) 756-8000

*Of Counsel*
Michael L. Blau
Benjamin A. Goldberger
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts 02109-1775
(617) 535-4000

Dated: May 10, 2006
BST99 1501197-3.072678.0015

2