UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNA JAQUES HOSPITAL, et al., )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>MICHAEL O. LEAVITT, in his official capacity as )<br>SECRETARY OF THE UNITED STATES )<br>DEPARTMENT OF HEALTH AND HUMAN )<br>SERVICES, )<br>)<br>)<br>)<br>Defendant. )<br>)<br>_____) | Civil Action No. 1:06cv00767 (GK) |

**JOINT MOTION TO STAY PROCEEDINGS**

The parties, by and through their undersigned counsel, respectfully request that the Court stay the above-captioned action pending this Court's decision in *Anna Jaques v. Leavitt*, Case No. 05-00625 (GK). In support of this request, the parties state as follows:

1. Under the Medicare program, certain hospitals receive pre-determined payments based on the nature of the ailments treated. These payments are calculated prospectively and are adjusted to take regional differences in labor costs into account through the use of a "wage index." *See* 42 U.S.C. § 1395ww(d). By statute, the Secretary must update the wage index annually based on a survey of the wages and wage-related costs of certain short-term, acute care hospitals in the United States called "subsection (d) hospitals." 42 U.S.C. § 1395ww(d)(3)(E)(i).

2. The instant action challenges the Secretary's calculation of the wage index for Fiscal Year 2006. Specifically, Plaintiffs contend that the Secretary violated the Medicare statute and

the Administrative Procedure Act by excluding the wage data from Nantucket Cottage Hospital from his calculation of the Fiscal Year 2006 wage index for Massachusetts hospitals.

3. On March 25, 2005, these same Plaintiffs filed an action against the Secretary challenging his calculation of the Fiscal Year 2005 wage index for Massachusetts hospitals. *See Anna Jaques v. Leavitt*, Case No. 05-00625 (GK). The claims and operative factual allegations in the earlier-filed action are similar to those in the instant action. *See* Plaintiffs' Response to Show Cause Order in *Anna Jaques v. Leavitt*, Case No. 06-00767 (GK) (filed May 10, 2006) (explaining that the "FY06 case raises the same issues as the FY05 case, but raises those issues with respect to Medicare reimbursement for Fiscal Year 2006 rather than Fiscal Year 2005").

4. The parties have fully briefed cross-motions for summary judgment in the earlier-filed *Anna Jaques v. Leavitt*, Case No. 05-00625 (GK). Those motions are now pending before this Court. The Court's ruling on those motions likely will inform the proper resolution of the instant action and may obviate the need for full briefing of the issues in this action.

WHEREFORE, the Parties respectfully request that the Court stay the instant action pending the Court's decision in *Anna Jaques v. Leavitt*, Case No. 05-00625 (GK).

Dated:  October 12, 2006                                      Respectfully submitted,

/s/ Ankur Goel
ANKUR J. GOEL (D.C. Bar No. 451594)
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005
(202) 756-8000

OF COUNSEL:
BENJAMIN A. GOLDBERGER
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109-1775
(617) 535-4000

**Attorneys for Plaintiffs**

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA M. LIEBER
Deputy Director
U.S. Department of Justice, Civil Division
Federal Programs Branch

OF COUNSEL:

PAULA M. STANNARD
Acting General Counsel

THOMAS R. BARKER
Deputy General Counsel

KATHLEEN H. MCGUAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General Counsel

/s/   Jacqueline Coleman
JACQUELINE E. COLEMAN
(D.C. Bar No. 459548)
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
Mailing Address:
P.O. Box 883
Washington, DC 20044
Delivery Address:
20 Massachusetts Ave., N.W., Rm. 7214
Washington, DC 20001
Tel.: (202) 514-3418
Fax: (202) 616-8470

DAVID L. HOSKINS  
Attorney  
Department of Health and Human Services

Email: Jacqueline.Coleman@usdoj.gov

**Attorneys for Defendant**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNA JAQUES HOSPITAL, et al., )<br>)<br>)<br>    Plaintiffs, )<br>)<br>  v. )<br>)<br>MICHAEL O. LEAVITT, in his official capacity as )<br>SECRETARY OF THE UNITED STATES )<br>DEPARTMENT OF HEALTH AND HUMAN )<br>SERVICES, )<br>)<br>)<br>    Defendant. )<br>_____) | Civil Action No. 1:06cv00767 (GK) |

### PROPOSED ORDER

Upon consideration of the Parties' Joint Motion to Stay and the complete record in this case, it is hereby

ORDERED that the motion is GRANTED; and

FURTHER ORDERED that this action is stayed until further notice of the Court.

SO ORDERED.

Dated: _____     _____
                                                                                                     HON. GLADYS KESSLER
                                                                                                     UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that on this 12th day of October 2006, I caused a copy of the foregoing Joint Motion to Stay to be filed electronically and that the document is available for viewing and downloading from the ECF system.

_____
Jacqueline Coleman