UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNA JAQUES HOSPITAL, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:06-CV-767 (GK) ) |
| MICHAEL O. LEAVITT, in his official capacity as the Secretary of the United States Department of Health and Human Services, | ) ) ) ) ) |
| Defendant. | ) ) ) |

**DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE of the substitution of counsel for the defendants. JUSTIN M. SANDBERG, an attorney with the United States Department of Justice, Civil Division, hereby enters his appearance and will replace Jacqueline Coleman, who is withdrawn as counsel for defendant. All future orders, briefs, and correspondence should be directed to Justin M. Sandberg.

Dated: December 4, 2006     Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA LIEBER
Deputy Branch Director

/s/ Justin M. Sandberg
JUSTIN M. SANDBERG (IL. Bar No. 6278377)
U.S. Dept. of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., NW, Rm. 7224
P.O. Box 883
Washington, DC 20044
(202) 514-3489 phone
(202) 616-8202 fax
justin.sandberg@usdoj.gov

Attorneys for Defendant