UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANNA JACQUES HOSPITAL, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 06-767 (GK) |
| MICHAEL O. LEAVITT, in his official capacity as Secretary of the United States Department of Health and Human Services, | ) ) ) ) ) ) |
| Defendant. | ) ) |

## ORDER

The parties shall submit a joint praecipe by **March 17, 2008** indicating how they wish to proceed in light of the Court's resolution of the motions for summary judgment in Anna Jacques Hospital v. Leavitt, Case No. 05-625 (GK).

February 26, 2008

/s/
Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF**