UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNA JAQUES HOSPITAL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT, in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | Civil Action No. 1:06cv00767 (GK)<br>*Next Deadline:* None set |

## JOINT PRAECIPE

The parties, by and through their undersigned counsel, submit this Joint Praecipe in response to the Court's Order dated February 27, 2008.

1. This case involves the wage index applied to a number of Massachusetts hospitals for FY 2006. This action is a related case to Case No. 1:05cv00625 (GK), which involves the application of the wage index to Massachusetts hospitals for FY 2005 ("the 2005 case"), and accordingly was transferred to this Court.

2. On October 13, 2006, at the parties' request, the Court stayed proceedings in this action pending a decision in the 2005 case. The parties agreed that the claims and operative factual allegations in the two cases are similar.

3. On February 27, 2008, this Court ruled on the pending summary judgment motions in the 2005 case, and ordered the parties to file this praecipe indicating how they wish to proceed in this case in light of the ruling in the 2005 case.

4. On March 12, 2008, defendant filed a motion in the 2005 case pursuant to Federal Rule of Civil Procedure 59(e) asking the Court to reconsider its decision and amend its judgment.

5. The parties have been unable to agree on how to proceed with the litigation, and set forth their respective positions below.

## PLAINTIFFS' POSITION

6. Plaintiffs submit that now that the 2005 case has been decided, the 2006 case should move forward in an expedited fashion based on the ruling in the 2005 case, so that it may move forward along with the 2005 case. Continuance of the stay, as defendant proposes, would unnecessarily delay final relief in this case.

7. Plaintiffs request that the Court issue an order lifting the stay in this matter and setting the following expedited and simplified schedule:

a. Defendant shall answer the complaint by April 4, 2008.

b. Defendant shall notify the Court by April 18, 2008 whether it consents to resolution of this case based on the arguments presented in the 2005 case, and entry of an order and judgment identical to the February 27, 2008 judgment in the 2005 case, or whether it instead believes there are material factual or legal differences that require additional briefing.

c. If the defendant does not consent to entry of an order pursuant to 7.b., the parties shall file cross-motions for summary judgment pursuant to the following simplified briefing schedule:

i. By May 7, 2008, the Parties shall file Motions for Summary Judgment. Defendant shall also file a Memorandum in Support of its Motion, limited to 15 pages and focused on the areas of meaningful differences from the 2005 case.

      ii. By May 30, 2008, Plaintiffs shall file a Memorandum in Support of Plaintiffs' Motion for Summary Judgment. Plaintiffs' Memorandum shall also be limited to 15 pages.

      iii. Further submissions pertaining to the Motions may be filed only by leave of the Court.

## DEFENDANT'S POSITION

5. Defendant requests that this case remain stayed until the 2005 case results in a final unappealable order. If defendant appeals the 2005 case, an order from the court of appeals could inform the final resolution of this case, and staying this case until that order issues may allow the parties to avoid unnecessary litigation in this action. What is more, defendant does not perceive any substantial prejudice that would follow from leaving the stay in place.

Respectfully Submitted,

Dated: March 17, 2008

ANNA JAQUES HOSPITAL, et al.
By their attorneys,

/s/ Ankur J. Goel
Ankur J. Goel, D.C. Bar #451594
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005
Tel.: (202) 756-8000; Fax: (202) 756-8087

Dated: March 17, 2008

MICHAEL O. LEAVITT, in his official capacity as the Secretary of the United States Department of Health and Human Services,

/s/ Justin M. Sandberg
JUSTIN M. SANDBERG
(Ill. Bar No. 6278377)
Trial Attorney, Federal Programs Branch
Civil Division
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20004
(202) 514-3489 (telephone)
(202) 616-8202 (facsimile)