UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNA JAQUES HOSPITAL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-CV-767 (GK) |
| ) | |
| MICHAEL O. LEAVITT, in his official ) | |
| capacity as the Secretary of the United ) | |
| States Department of Health and Human ) | |
| Services, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF ADDENDUM TO JOINT PRAECIPE**

Defendant stated in the Joint Praecipe, March 17, 2008, Doc. No. 8, that it "does not perceive any substantial prejudice that would follow from leaving the stay in place." To be more precise, a delay in a hypothesized final unappealable judgment in plaintiffs' favor will not prejudice plaintiffs because interest on the money to which they would be entitled if they won will continue to accrue while the case is stayed. If their position were vindicated, plaintiffs would have a right to interest from the first day of the first month beginning 180 days after notice of the Secretary's final determination of the amount of payment (i.e., the wage index). See 42 U.S.C. § 1395oo; Georgetown Univ. Hosp. v. Sullivan, 934 F.2d 1280 (D.C. Cir. 1991); Washington Hosp. Ctr. v. Bowen, 795 F.2d 139 (D.C. Cir. 1986).

Dated: March 19, 2007                    Respectfully submitted,

                                          JEFFREY S. BUCHOLTZ
                                          Acting Assistant Attorney General

1

JEFFREY A. TAYLOR
United States Attorney

SHEILA M. LIEBER,
Deputy Director,
Federal Programs Branch

s/ Justin M. Sandberg
JUSTIN M. SANDBERG
(Ill. Bar. No. 6278377)
Trial Attorney, Federal Programs Branch
Civil Division
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
(202) 514-3489 (telephone)
(202) 616-8202 (facsimile)

Counsel for Defendant