UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                 )
ANNA JACQUES HOSPITAL,           )
et al.,                          )
                                 )
            Plaintiffs,          )
                                 )
    v.                           )   Civil Action No. 06-767 (GK)
                                 )
MICHAEL O. LEAVITT,              )
in his official capacity as      )
Secretary of the United          )
States Department of Health      )
and Human Services,              )
                                 )
            Defendant.           )
_____)
```

## ORDER

This matter is before the Court on the parties' Joint Praecipe submitted on March 17, 2008. Upon consideration of the Joint Praecipe, the entire record herein, and in light of the Court's ruling on the Defendant's Motion for Reconsideration in Anna Jacques Hospital v. Leavitt, No. 05-625 (GK), it is hereby

**ORDERED** that the stay in this case is hereby lifted; it is further

**ORDERED** that the Defendant shall file an answer by **August 4, 2008**; it is further

**ORDERED** that the Defendant shall notify the Court by **August 18, 2008** whether it consents to a resolution of this case based on the arguments presented in Case No. 05-625, and entry of an order and judgment identical to the Court's February 27, 2008 Order in

Case No. 05-625, or whether it instead believes there are material factual or legal differences in this case that require further briefing; it is further

**ORDERED** that if the Defendant does not consent to the entry of an order based upon the previous paragraph, the parties shall file Motions for Summary Judgment and the Defendant shall file a memorandum in support of his Motion, limited to fifteen pages and focused on the areas of meaningful difference between this case and Case No. 05-625 by **September 15, 2008**; it is further

**ORDERED** that Plaintiffs shall file a memorandum in support of their Motion, limited to fifteen pages, by **September 29, 2008**; it is further

**ORDERED** that further briefing concerning the Motions for Summary Judgment may only be filed by leave of the Court.

July 15, 2008

/s/
Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF**