UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANNA JAQUES HOSPITAL, et al.,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>MICHAEL O. LEAVITT, in his official  )<br>capacity as the Secretary of the United  )<br>States Department of Health and Human  )<br>Services,  )<br>  )<br>  Defendant.  )<br>_____) | Case No. 1:06-CV-767 (GK) |

## NOTICE OF FILING

The certified administrative record is attached to this notice.


Dated: August 1, 2008                                Respectfully submitted,

                                                                               GREGORY G. KATSAS
                                                                               Assistant Attorney General

                                                                               JEFFREY A. TAYLOR
                                                                               United States Attorney

                                                                               SHEILA M. LIEBER,
                                                                               Deputy Director,
                                                                               Federal Programs Branch

                                                                               s/ Justin M. Sandberg
                                                                               JUSTIN M. SANDBERG
                                                                               (Ill. Bar. No. 6278377)
                                                                               Trial Attorney, Federal Programs Branch
                                                                               Civil Division
                                                                               U.S. Department of Justice
                                                                               P.O. Box 883
                                                                               Washington, D.C. 20044

                    (202) 514-3489 (telephone)
                    (202) 616-8202 (facsimile)

                    <u>Counsel for Defendant</u>