**Tab 12H**



# Holyoke Medical Center
*A Member of Valley Health Systems, Inc.*

575 Beech Street
Holyoke, Massachusetts 01040-2296
www.holyokehealth.com
Telephone 413 534-2500

January 30, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Holyoke Hospital Inc. (DBA Holyoke Medical Center)(Medicare Provider No. 22-0024),
       Holyoke, MA.
       Hospital FYE: 9/30/2006
       Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street, Boston, Massachusetts 02109, has been engaged and appointed to represent Holyoke Hospital Inc. (DBA Holyoke Medical Center) in its appeal to the Provider Reimbursement Review Board of the validity of the FY 2006 wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau, McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Paul M. Silva
V. P. of Finance

201

13

202



ANNA JAQUES
H O S P I T A L

January 16, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Anna Jacques Hospital (Medicare Provider No. 22-0029), Newburyport, MA.
       Hospital FYE: 9/30/2006
       Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

       Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street,
Boston, Massachusetts 02109, has been engaged and appointed to represent Anna Jacques
Hospital in its appeal to the Provider Reimbursement Review Board of the validity of the FY
2006 wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

       Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,
McDermott Will & Emery LLP, at the address above.

       Thank you for your attention to this matter.

                                           Sincerely,

                                           Mark Goldstein
                                           Vice President of Finance

BST99 1487230-1.022678.0014
25 Highland Avenue, Newburyport, Massachusetts 01950
www.ajh.org

14

204

# Baystate ⚕ Health

Springfield, Massachusetts 01199    413-794-0000    baystatehealth.com

January 19, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Baystate Health, for the following Hospitals:

1.    Baystate Medical Center (Medicare Provider No. 22- 0077), Springfield, MA.
      FYE 9/30/2006
2.    Franklin Medical Center (Medicare Provider No. 22- 0016), Greenfield, MA.
      FYE 9/30/2006
3.    Mary Lane Hospital (Medicare Provider No. 22- 0050), Ware, MA.
      FYE 9/30/2006

Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

       Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street, Boston, Massachusetts 02109, has been engaged and appointed to represent each of the Hospitals referenced above, which are part of the Baystate Health, in each Hospital's appeal to the Provider Reimbursement Review Board of the validity of the FY 2006 wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

       Please note the name of Mary Lane Hospital becomes Baystate Mary Lane Hospital effective January 30, 2006. Baystate Mary Lane Hospital Provider Number remains 22-0050.

       Please direct all correspondence regarding this appeal to the attention of Michael L. Blau, McDermott Will & Emery LLP, at the address above.

       Thank you for your attention to this matter.

                                        Sincerely,

                                        Dennis Chalke
                                        Vice President, Finance, Healthcare Operations

15

206

# Baystate 🏛 Health

Springfield, Massachusetts 01199    413-794-0000    baystatehealth.com

January 19, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Baystate Health, for the following Hospitals:

1.    Baystate Medical Center (Medicare Provider No. 22- 0077), Springfield, MA.
      FYE 9/30/2006
2.    Franklin Medical Center (Medicare Provider No. 22- 0016), Greenfield, MA.
      FYE 9/30/2006
3.    Mary Lane Hospital (Medicare Provider No. 22- 0050), Ware, MA.
      FYE 9/30/2006

Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street,
Boston, Massachusetts 02109, has been engaged and appointed to represent each of the Hospitals
referenced above, which are part of the Baystate Health, in each Hospital's appeal to the
Provider Reimbursement Review Board of the validity of the FY 2006 wage index regulations in
connection with the Massachusetts Wage Index Group Appeal.

Please note the name of Mary Lane Hospital becomes Baystate Mary Lane Hospital
effective January 30, 2006. Baystate Mary Lane Hospital Provider Number remains 22-0050.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,
McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Dennis Chalke
Vice President, Finance, Healthcare Operations

207

BST99 1487193-1.072678.0014

16

Tab 16H

# Baystate ☖ Health

Springfield, Massachusetts 01199    413-794-0000    baystatehealth.com

January 19, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Baystate Health, for the following Hospitals:

1.    Baystate Medical Center (Medicare Provider No. 22- 0077), Springfield, MA.
      FYE 9/30/2006
2.    Franklin Medical Center (Medicare Provider No. 22- 0016), Greenfield, MA.
      FYE 9/30/2006
3.    Mary Lane Hospital (Medicare Provider No. 22- 0050), Ware, MA.
      FYE 9/30/2006

Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street, Boston, Massachusetts 02109, has been engaged and appointed to represent each of the Hospitals referenced above, which are part of the Baystate Health, in each Hospital's appeal to the Provider Reimbursement Review Board of the validity of the FY 2006 wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

Please note the name of Mary Lane Hospital becomes Baystate Mary Lane Hospital effective January 30, 2006. Baystate Mary Lane Hospital Provider Number remains 22-0050.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau, McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Dennis Chalke
Vice President, Finance, Healthcare Operations

203

17

210



*Wing Memorial*
Hospital and Medical Centers
A Member of UMass Memorial Health Care

40 Wright Street
Palmer, MA 01069
Tel: 413-284-5210
Fax: 413-284-5117

*Charles E. Cavagnaro III, MD*
President and CEO

January 30, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland    21244-2670

Re:    Wing Memorial Hospital (Medicare Provider No. 22-0030), Palmer, MA.
       Hospital FYE: 9/30/2006
       Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street,
Boston, Massachusetts 02109, has been engaged and appointed to represent Wing Memorial
Hospital in its appeal to the Provider Reimbursement Review Board of the validity of the FY
2006 wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,
McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Charles E. Cavagnaro III, M.D.
President & CEO

211

18

212

 UMassMemorial

Medical Center
Clinical System Financial Services

328 Shrewsbury Street
Worcester, MA 01604
Tel: 508-856-2272
Fax: 508-856-6444
www.umassmemorial.org

January 24, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    UMass Memorial Medical Center (Medicare Provider No. 22-0163), Worcester, MA.
FYE 9/30/2006

Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street,
Boston, Massachusetts 02109, has been engaged and appointed to represent the Hospital
referenced above, in the Hospital's appeal to the Provider Reimbursement Review Board of the
validity of the FY 2006 wage index regulations in connection with the Massachusetts Wage
Index Group Appeal.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,
McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Todd Keating
CFO/Treasurer

212A

The Clinical Partner of the
University of Massachusetts Medical School

BST99 1487193-1.072678.0014

19

213



**Clinton Hospital**

*A Member of UMass Memorial Health Care*

201 Highland Street
Clinton, MA 01510
Tel: 978-368-3000
Fax: 978-368-3766

January 18, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Clinton Hospital (Medicare Provider No. 22- 0058), Clinton, MA.
       FYE 9/30/2006

Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

        Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street,
Boston, Massachusetts 02109, has been engaged and appointed to represent Clinton Hospital in
it's appeal to the Provider Reimbursement Review Board of the validity of the FY 2006 wage
index regulations in connection with the Massachusetts Wage Index Group Appeal.

        Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,
McDermott Will & Emery LLP, at the address above.

        Thank you for your attention to this matter.

                                        Sincerely,

                                        Steven McCue
                                        CFO

                                                                        --ᵇ-    214

20

215

 **Hallmark Health**

Fiscal Services
100 Hospital Road
Malden, Massachusetts 02148-3591

January 31, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Hallmark Health Systems (Medicare Provider No. 22-0070), Malden, MA.
       Hospital FYE:  9/30/2006
       Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

        Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street,
Boston, Massachusetts 02109, has been engaged and appointed to represent Hallmark Health
Systems in its appeal to the Provider Reimbursement Review Board of the validity of the FY
2006 wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

        Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,
McDermott Will & Emery LLP, at the address above.

        Thank you for your attention to this matter.

                                        Sincerely,

                                        Michael S. Turilli
                                        Vice President, Fiscal Services

216

21



**Emerson Hospital**

133 Old Road to Nine Acre Corner
Concord, MA 01742
(978) 369-1400
www.emersonhospital.org

January 16, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Emerson Hospital (Medicare Provider No. 22-0084), Concord, MA.
       Hospital FYE:  9/30/2006
       <u>Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06</u>

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street, Boston, Massachusetts 02109, has been engaged and appointed to represent Emerson Hospital in its appeal to the Provider Reimbursement Review Board of the validity of the FY 2006 wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau, McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Michael F. Collins
Director of Financial Operations

219

22

219



Lawrence
General
Hospital

1 General St.
PO Box 189
Lawrence, MA 01842-0389
(978) 683-4000

January 17, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Lawrence General Hospital (Medicare Provider No. 22-0010), Lawrence, MA.
       Hospital FYE: 9/30/2006
       <u>Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06</u>

Dear Chairperson Cochran:

    Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street,
Boston, Massachusetts 02109, has been engaged and appointed to represent Lawrence General
Hospital in its appeal to the Provider Reimbursement Review Board of the validity of the FY
2006 wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

    Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,
McDermott Will & Emery LLP, at the address above.

    Thank you for your attention to this matter.

                                    Sincerely,

                                    Robert B. Tremblay
                                    Vice President for Fiscal Affairs

220

VHA Member of Voluntary Hospitals of America, Inc.



*Clark House*
*71 Hospital Avenue*
*North Adams, MA 01247*

January 30, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    North Adams Regional Hospital (Medicare Provider No. 22-0051), North Adams, MA.
       Hospital FYE: 9/30/2006
       <u>Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06</u>

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street, Boston, Massachusetts 02109, has been engaged and appointed to represent North Adams Regional Hospital in its appeal to the Provider Reimbursement Review Board of the validity of the FY 2006 wage index regulations in connection with the Massachusetts Wage Index Group Appeal.
Please direct all correspondence regarding this appeal to the attention of Michael L. Blau, McDermott Will & Emery LLP, at the address above.
Thank you for your attention to this matter.

Sincerely,

John de Kott
Controller

222

223

Tab 24H



**SAINTS**
**MEMORIAL**
**MEDICAL**
**CENTER**

*Yours for life*

January 16, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Saints Memorial Medical Center (Medicare Provider No. 22-0082), Lowell, MA.
       Hospital FYE: 9/30/2006
       Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street, Boston, Massachusetts 02109, has been engaged and appointed to represent Saints Memorial Medical Center in its appeal to the Provider Reimbursement Review Board of the validity of the FY 2006 wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau, McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Thomas Klessens
Exec. VP & Treasurer

224

One Hospital Drive    Lowell, Massachusetts 01852-1389    978-458-1411

225

Tab 25H



Cambridge Health Alliance
**A COMMUNITY OF CARING**

1493 Cambridge Street • Cambridge, MA 02139 • 617.665.2300

January 30, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Cambridge Public Health Commission d/b/a Cambridge Health Alliance (Medicare
       Provider No. 22-0011), Cambridge, MA.
       Hospital FYE: 9/30/2006
       Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

    Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street,
Boston, Massachusetts 02109, has been engaged and appointed to represent Cambridge Public
Health Commission d/b/a Cambridge Health Alliance in its appeal to the Provider
Reimbursement Review Board of the validity of the FY 2006 wage index regulations in
connection with the Massachusetts Wage Index Group Appeal.

    Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,
McDermott Will & Emery LLP, at the address above.

    Thank you for your attention to this matter.

                                        Sincerely,

                                        Gordon H. Boudrow, Jr.
                                        Sr. Vice President, Finance/CFO

229

Affiliated
with
Harvard
Medical
School

**The Cambridge Hospital**
1493 Cambridge Street
Cambridge, MA 02139.0014
617.665.1000

**Somerville Hospital**
230 Highland Avenue
Somerville, MA 02143
617.591.4500

**Whidden Memorial Hospital**
103 Garland Street
Everett, MA 02149
617.389.6270

227

,0 Groton Road          (978) 784-9000
Ayer, MA 01432          www.nashobamed.com



**Nashoba Valley**
**Medical Center**

January 18 , 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:     Essent Healthcare – Ayer Inc. d/b/a Nashoba Valley Medical Center (Medicare Provide
        No. 22-0098), Ayer, MA.
        Hospital FYE: 12/31/2006
        <u>Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06</u>

Dear Chairperson Cochran:

        Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street,
Boston, Massachusetts 02109, has been engaged and appointed to represent Essent Healthcare –
Ayer Inc. d/b/a Nashoba Valley Medical Center in its appeal to the Provider Reimbursement
Review Board of the validity of the FY 2006 wage index regulations in connection with the
Massachusetts Wage Index Group Appeal.

        Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,
McDermott Will & Emery LLP, at the address above.

        Thank you for your attention to this matter.

                                                Sincerely,

                                                Andrin Soran                for A.S.
                                                Chief Executive Officer

                                                                        228

27

# COOLEY DICKINSON HOSPITAL
## DARTMOUTH-HITCHCOCK ALLIANCE

30 Locust Street
Northampton, MA  01061
Phone (413) 582-2000

January 30 , 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:     Cooley Dickinson Hospital (Medicare Provider No. 22-0015), Northampton, MA.
        Hospital FYE:  9/30/2006
        Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street, Boston, Massachusetts 02109, has been engaged and appointed to represent Cooley Dickinson Hospital in its appeal to the Provider Reimbursement Review Board of the validity of the FY 2006 wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,  McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Edith Peter
CFO & Vice President Finance

230

28

**Caritas St. Elizabeth's Medical Center**

736 Cambridge St.
Boston, MA 02135
tel:  617 • 789 • 3000
fax: 617 • 562 • 7241
www.semc.org

January 20, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:     Caritas Christi Healthcare System, for the following Hospital:

1.      Caritas St. Elizabeth's Medical Center of Boston, Inc. (Medicare Provider No. 22-0036), Boston, MA.
        FYE 9/30/2006

Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street, Boston, Massachusetts 02109, has been engaged and appointed to represent the Hospital referenced above, which is part of the Caritas Christi Healthcare System, in the Hospital's appeal to the Provider Reimbursement Review Board of the validity of the FY 2006 wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau, McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Miles Coverdale, Jr.

Miles Coverdale, Jr.
Chief Financial Officer -- Boston Region

232

29



*Affiliated with Tufts University School of Medicine*

2100 Dorchester Avenue
Dorchester, MA 02124-5666
tel: 617·296·4000
www.caritascarney.org

January 20, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:     Caritas Christi Healthcare System, for the following Hospital:

1.      Caritas Carney Hospital, Inc. (Medicare Provider No. 22-0017), Dorchester, MA.
        FYE 9/30/2006

Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street, Boston, Massachusetts 02109, has been engaged and appointed to represent the Hospital referenced above, which is part of the Caritas Christi Healthcare System, in the Hospital's appeal to the Provider Reimbursement Review Board of the validity of the FY 2006 wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau, McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Miles Coverdale, Jr.

Miles Coverdale, Jr.
Chief Financial Officer – Boston Region

234

BST99 1483095-2 072678.0014

30

**Caritas Norwood Hospital**

800 Washington Street
Norwood, MA 02062
tel: 781•769•2950
www.caritasnorwood.org

January 20, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Caritas Christi Healthcare System, for the following Hospital:

1.    Caritas Norwood Hospital, Inc. (Medicare Provider No. 22-0126), Norwood, MA.
FYE 9/30/2006

Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street, Boston,
Massachusetts 02109, has been engaged and appointed to represent the Hospital referenced above, which is part of
the Caritas Christi Healthcare System, in the Hospital's appeal to the Provider Reimbursement Review Board of the
validity of the FY 2006 wage index regulations in connect on with the Massachusetts Wage Index Group Appeal.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau, McDermott Will
& Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Miles Coverdale, Jr.

Miles Coverdale, Jr.
Chief Financial Officer – Boston Region

236

BST99 1483095-2 072678 0014

CARITAS    CHRISTI    HEALTH    CARE

31

237

**Tab 31H**

## Caritas Good Samaritan Medical Center

*Affiliated with Tufts University School of Medicine*

235 North Pearl Street
Brockton, MA 02301
tel: 508•427•3000
fax: 508•427•3010
www.caritasgoodsam.org

January 20, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:     Caritas Christi Healthcare System, for the following Hospital:

1.     Caritas Good Samaritan Medical Center, Inc. (Medicare Provider No. 22-0111), Brockton, MA.
       FYE 9/30/2006

Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street, Boston, Massachusetts 02109, has been engaged and appointed to represent the Hospital referenced above, which is part of the Caritas Christi Healthcare System, in the Hospital's appeal to the Provider Reimbursement Review Board of the validity of the FY 2006 wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau, McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Allen Krause
Chief Financial Officer – Eastern Region

238

BST99 1488095-2.072678.0014

CARITAS    CHRISTI    HEALTH    CARE

32

239



**Holy Family Hospital**
and Medical Center

*Excellence · Service · Dignity · Care*

January 20, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:     Caritas Christi Healthcare System, for the following Hospital:

1.      Holy Family Hospital, Inc. (Medicare Provider No. 22-0080), Methuen, MA.
        FYE 9/30/2006

<u>Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06</u>

Dear Chairperson Cochran:

        Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street, Boston, Massachusetts 02109, has been engaged and appointed to represent the Hospital referenced above, which is part of the Caritas Christi Healthcare System, in the Hospital's appeal to the Provider Reimbursement Review Board of the validity of the FY 2006 wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

        Please direct all correspondence regarding this appeal to the attention of Michael L. Blau, McDermott Will & Emery LLP, at the address above.

        Thank you for your attention to this matter.

                                        Sincerely,

                                        Allen Krause
                                        Chief Financial Officer – Eastern Region

240

33

**Saint Anne's Hospital**

*It's the way we care for you.*

January 20, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:     Caritas Christi Healthcare System, for the following Hospital:

1.     St. Anne's Hospital Corporation (Medicare Provider No. 22-0020), Fall River, MA.
       FYE 9/30/2006

<u>Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06</u>

Dear Chairperson Cochran:

       Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street, Boston,
Massachusetts 02109, has been engaged and appointed to represent the Hospital referenced above, which is part of
the Caritas Christi Healthcare System, in the Hospital's appeal to the Provider Reimbursement Review Board of the
validity of the FY 2006 wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

       Please direct all correspondence regarding this appeal to the attention of Michael L. Blau, McDermott Will
& Emery LLP, at the address above.

       Thank you for your attention to this matter.

                                                         Sincerely,

                                                         Allen Krause
                                                         Chief Financial Officer – Eastern Region

                                                                                              242

Saint Anne's Hospital
795 Middle Street
Fall River, MA 02721-1798
508-674-5600
saintanneshospital.org

BST99 1488095-2.072673.0014

CARITAS CHRISTI HEALTH CARE

34

 **Lahey**
CLINIC

Lahey Clinic Medical Center
41 Mall Road
Burlington MA 01805

P 781 744.5100
www.lahey.org

**Tab 34H**

January 17, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Lahey Clinic Hospital, Inc. (Medicare Provider No. 22-0171), Burlington, MA.
       Hospital FYE: 9/30/2006
       Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street, Boston, Massachusetts 02109, has been engaged and appointed to represent Lahey Clinic Hospital, Inc. in its appeal to the Provider Reimbursement Review Board of the validity of the FY 2006 wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau, McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Timothy O'Connor
EVP, CFO and Treasurer

244

35

245

Tab 35H


**Massachusetts Eye and Ear Infirmary**

January 31, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:     Massachusetts Eye and Ear Infirmary (Medicare Provider No. 22-0075),
        243 Charles Street, Boston, MA.
        Hospital FYE: 9/30/2006
        <u>Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06</u>

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street, Boston, Massachusetts 02109, has been engaged and appointed to represent Massachusetts Eye and Ear Infirmary in its appeal to the Provider Reimbursement Review Board of the validity of the FY 2006 wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau, McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Peter J. Chinetti
Vice President for Finance and
Chief Financial Officer

36



QUINCY
MEDICAL
TRULY REMARKABLE.

January 16, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Quincy Medical Center (Medicare Provider No. 22-0067), Quincy, MA.
       Hospital FYE: 9/30/2006
       Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

    Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street,
Boston, Massachusetts 02109, has been engaged and appointed to represent Quincy Medical
Center in its appeal to the Provider Reimbursement Review Board of the validity of the FY 2006
wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

    Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,
McDermott Will & Emery LLP, at the address above.

    Thank you for your attention to this matter.

                                        Sincerely,

                                        Mark Gronberg
                                        Vice President & CFO

248

37



# Tufts-New England Medical Center



The principal teaching hospital for
Tufts University School of Medicine

January 31, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    New England Medical Center Hospitals, Inc. (Medicare Provider No. 22-0116), Boston,
       MA.
       Hospital FYE: 9/30/2006
       Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street,
Boston, Massachusetts 02109, has been engaged and appointed to represent New England
Medical Center Hospitals, Inc. in its appeal to the Provider Reimbursement Review Board of the
validity of the FY 2006 wage index regulations in connection with the Massachusetts Wage
Index Group Appeal.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,
McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Michael T. Burke
Sr. Vice President & CFO
Tufts-New England Medical Center

250

Tufts-New England Medical Center
Established 1796

750 Washington Street
Boston, Massachusetts 02111
Tel: 617-636-5000
www.tufts-nemc.org

38



PARTNERS.

Peter K. Markell
Vice President of Finance

January 20, 2006

*Not affiliated*

*health care system*

*operated by*

*Brigham and*

*Women's Hospital*

*and*

*Massachusetts*

*General Hospital*

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Partners Healthcare System, for the following Hospitals:

1.    Brigham and Women's Hospital (Medicare Provider No. 22-0110), Boston, MA.
FYE 9/30/2006
2.    Faulkner Hospital (Medicare Provider No. 22-0119), Boston, MA.
FYE 9/30/2006
3.    Massachusetts General Hospital (Medicare Provider No. 22-0071), Boston, MA.
FYE 9/30/2006
4.    Newton-Wellesley Hospital (Medicare Provider No. 22-0101), Newton, MA.
FYE 9/30/2006
5.    North Shore Medical Center (Medicare Provider No. 22-0035), Salem, MA.
FYE 9/30/2006

Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State
Street, Boston, Massachusetts 02109, has been engaged and appointed to represent each
of the Hospitals referenced above, which are part of the Partners Healthcare System, in
each Hospital's appeal to the Provider Reimbursement Review Board of the validity of
the FY 2006 wage index regulations in connection with the Massachusetts Wage Index
Group Appeal.

252

Suzanne Cochran
January 20, 2006
Page 2

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau, McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Peter K. Markell
Vice President of Finance

BST99 1487201-1 072678.0014

39

254



Peter K. Markell
*Vice President of Finance*

January 20, 2006

*An integrated*

*health care system*

*founded by*

*Brigham and*

*Women's Hospital*

*and*

*Massachusetts*

*General Hospital*

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Partners Healthcare System, for the following Hospitals:

1.    Brigham and Women's Hospital (Medicare Provider No. 22-0110), Boston, MA.
      FYE 9/30/2006
2.    Faulkner Hospital (Medicare Provider No. 22-0119), Boston, MA.
      FYE 9/30/2006
3.    Massachusetts General Hospital (Medicare Provider No. 22-0071), Boston, MA.
      FYE 9/30/2006
4.    Newton-Wellesley Hospital (Medicare Provider No. 22-0101), Newton, MA.
      FYE 9/30/2006
5.    North Shore Medical Center (Medicare Provider No. 22-0035), Salem, MA.
      FYE 9/30/2006

Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

        Please be advised that the law firm of McDermott Will & Emery LLP, 28 State
Street, Boston, Massachusetts 02109, has been engaged and appointed to represent each
of the Hospitals referenced above, which are part of the Partners Healthcare System, in
each Hospital's appeal to the Provider Reimbursement Review Board of the validity of
the FY 2006 wage index regulations in connection with the Massachusetts Wage Index
Group Appeal.

255

Suzanne Cochran
January 20, 2006
Page 2

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau, McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Peter K. Markell
Vice President of Finance

256

BST99 1487201-1.072679.0014

40



Peter K. Markell
Vice President of Finance

January 20, 2006

An integrated

health care system

founded by

Brigham and

Women's Hospital

and

Massachusetts

General Hospital

*

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Partners Healthcare System, for the following Hospitals:

1.    Brigham and Women's Hospital (Medicare Provider No. 22-0110), Boston, MA.
      FYE 9/30/2006
2.    Faulkner Hospital (Medicare Provider No. 22-0119), Boston, MA.
      FYE 9/30/2006
3.    Massachusetts General Hospital (Medicare Provider No. 22-0071), Boston, MA.
      FYE 9/30/2006
4.    Newton-Wellesley Hospital (Medicare Provider No. 22-0101), Newton, MA.
      FYE 9/30/2006
5.    North Shore Medical Center (Medicare Provider No. 22-0035), Salem, MA.
      FYE 9/30/2006

Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

        Please be advised that the law firm of McDermott Will & Emery LLP, 28 State
Street, Boston, Massachusetts 02109, has been engaged and appointed to represent each
of the Hospitals referenced above, which are part of the Partners Healthcare System, in
each Hospital's appeal to the Provider Reimbursement Review Board of the validity of
the FY 2006 wage index regulations in connection with the Massachusetts Wage Index
Group Appeal.

253

Suzanne Cochran
January 20, 2006
Page 2

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau, McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Peter K. Markell
Vice President of Finance

BST99 1487291-1.072678 0014

41



Peter K. Markell
Vice President of Finance

January 20, 2006

*An integrated*

*health care system*

*founded by*

*Brigham and*

*Women's Hospital*

*and*

*Massachusetts*

*General Hospital*

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Partners Healthcare System, for the following Hospitals:

1.    Brigham and Women's Hospital (Medicare Provider No. 22-0110), Boston, MA.
       FYE 9/30/2006
2.    Faulkner Hospital (Medicare Provider No. 22-0119), Boston, MA.
       FYE 9/30/2006
3.    Massachusetts General Hospital (Medicare Provider No. 22-0071), Boston, MA.
       FYE 9/30/2006
4.    Newton-Wellesley Hospital (Medicare Provider No. 22-0101), Newton, MA.
       FYE 9/30/2006
5.    North Shore Medical Center (Medicare Provider No. 22-0035), Salem, MA.
       FYE 9/30/2006

Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State
Street, Boston, Massachusetts 02109, has been engaged and appointed to represent each
of the Hospitals referenced above, which are part of the Partners Healthcare System, in
each Hospital's appeal to the Provider Reimbursement Review Board of the validity of
the FY 2006 wage index regulations in connection with the Massachusetts Wage Index
Group Appeal.

261

Suzanne Cochran
January 20, 2006
Page 2

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau, McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Peter K. Markell
Vice President of Finance

42

263

Suzanne Cochran
January 20, 2006
Page 2

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,
McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Peter K. Markell
Vice President of Finance

265



Peter K. Markell
*Vice President of Finance*

January 20, 2006

*An integrated*

*health care system*

*founded by*

*Brigham and*

*Women's Hospital*

*and*

*Massachusetts*

*General Hospital*

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Partners Healthcare System, for the following Hospitals:

1.    Brigham and Women's Hospital (Medicare Provider No. 22-0110), Boston, MA.
      FYE 9/30/2006
2.    Faulkner Hospital (Medicare Provider No. 22-0119), Boston, MA.
      FYE 9/30/2006
3.    Massachusetts General Hospital (Medicare Provider No. 22-0071), Boston, MA.
      FYE 9/30/2006
4.    Newton-Wellesley Hospital (Medicare Provider No. 22-0101), Newton, MA.
      FYE 9/30/2006
5.    North Shore Medical Center (Medicare Provider No. 22-0035), Salem, MA.
      FYE 9/30/2006

Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

    Please be advised that the law firm of McDermott Will & Emery LLP, 28 State
Street, Boston, Massachusetts 02109, has been engaged and appointed to represent each
of the Hospitals referenced above, which are part of the Partners Healthcare System, in
each Hospital's appeal to the Provider Reimbursement Review Board of the validity of
the FY 2006 wage index regulations in connection with the Massachusetts Wage Index
Group Appeal.

264

43

**Tab 43H**



January 16, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Sturdy Memorial Hospital (Medicare Provider No. 22-0008), Attleboro, MA.
       Hospital FYE: 9/30/2006
       <u>Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06</u>

Dear Chairperson Cochran:

       Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street,
Boston, Massachusetts 02109, has been engaged and appointed to represent Sturdy Memorial
Hospital in its appeal to the Provider Reimbursement Review Board of the validity of the FY
2006 wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

       Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,
McDermott Will & Emery LLP, at the address above.

       Thank you for your attention to this matter.

                                Sincerely,

                                Joseph F.X. Casey
                                Treasurer and Chief Financial Officer

267

44

263



H   O   S   P   I   T   A   L
*the care you trust, close to home*

January 23 , 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:     Jordan Hospital (Medicare Provider No. 22-0060), Plymouth, MA.
        Hospital FYE: 9/30/2006
        Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

        Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street,
Boston, Massachusetts 02109, has been engaged and appointed to represent Jordan Hospital in
its appeal to the Provider Reimbursement Review Board of the validity of the FY 2006 wage
index regulations in connection with the Massachusetts Wage Index Group Appeal.

        Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,
McDermott Will & Emery LLP, at the address above.

        Thank you for your attention to this matter.

                                    Sincerely,

                                    Elliot L. Schwartz
                                    Vice President of Finance/Treasurer

269

BST99 1287236-1.072678.0014

Jordan Hospital • 275 Sandwich Street • Plymouth, MA 02360 • Phone 508.746.2000 • TTY 508.746.9161 • www.jordanhospital.org



*Recognizing
Excellence
in Nursing Services*

45

**Tab 45H**

Brockton Hospital

680 Centre Street
Brockton, Massachusetts
02302-3595

508-941-7000
www.BrocktonHospital.com

January 31, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Brockton Hospital (Medicare Provider No. 22-0052), Brockton, MA.
       Hospital FYE: 9/30/2006
       Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street, Boston, Massachusetts 02109, has been engaged and appointed to represent Brockton Hospital in its appeal to the Provider Reimbursement Review Board of the validity of the FY 2006 wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau, McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Michael Connors
Sr. Vice President, Finance / CFO

271

BST99 1487232-1.072678.0014

*Where caring and medicine come together*

46

272



**Merrimack Valley Hospital**
An Affiliate of Essent Healthcare

January 20 , 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Essent Healthcare of Massachusetts, Inc. d/b/a Merrimack Valley Hospital (Medicare
       Provider No. 22-0174), Haverhill, MA.
       Hospital FYE: 9/30/2006
       Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

    Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street,
Boston, Massachusetts 02109, has been engaged and appointed to represent Essent Healthcare of
Massachusetts, Inc. d/b/a Merrimack Valley Hospital in its appeal to the Provider
Reimbursement Review Board of the validity of the FY 2006 wage index regulations in
connection with the Massachusetts Wage Index Group Appeal.

    Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,
McDermott Will & Emery LLP, at the address above.

    Thank you for your attention to this matter.

                                    Sincerely,

                                    Nancy A. Hoffmann
                                    Chief Financial Officer

273

47

274



January 30, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Southcoast Hospitals Group (FYE 9/30/2006):
       1.) Charlton Memorial Hospital, 363 Highland Avenue, Fall River, MA (Medicare
       No. 22-007402)
       2.) St. Luke's Hospital, 101 Page Street, New Bedford, MA (Medicare No. 22-007401)
       3.) Tobey Hospital, 43 High Street, Wareham, MA (Medicare No. 22-0074)
       Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street, Boston,
Massachusetts 02109, has been engaged and appointed to represent each of the Hospitals in
Southcoast Hospital Group's appeal to the Provider Reimbursement Review Board of the
validity of the FY 2006 wage index regulations in connection with the Massachusetts Wage
Index Group Appeal.

Southcoast Hospitals Group (Southcoast) is assigned the Associated Hospital Service as its
Fiscal Intermediary, which is located at 50 Salem Street, Lynnfield, Massachusetts 01940-2694.
In addition, Southcoast is a fully merged corporation with one Medicare cost report. The fully
asset merged hospitals are physically located in Wareham, New Bedford and Fall River,
Massachusetts. Charlton and St. Luke's Hospitals are assigned to the Providence-New Bedford-
Fall River CBSA, and Tobey is assigned to the Boston-Quincy CBSA.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,
McDermott Will & Emery LLP, at the address above. Thank you for your attention to this matter.

Sincerely,

William Grigg
Sr. VP and CFO

■  Uniting for our community

CHARLTON MEMORIAL HOSPITAL
ST. LUKE'S HOSPITAL
TOBEY HOSPITAL

363 Highland Avenue
Fall River, Massachusetts 02720
Telephone (508) 679-7595

275



January 30, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:     Southcoast Hospitals Group (FYE 9/30/2006):
        1.) Charlton Memorial Hospital, 363 Highland Avenue, Fall River, MA (Medicare
        No. 22-007402)
        2.) St. Luke's Hospital, 101 Page Street, New Bedford, MA (Medicare No. 22-007401)
        3.) Tobey Hospital, 43 High Street, Wareham, MA (Medicare No. 22-0074)
        <u>Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06</u>

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street, Boston,
Massachusetts 02109, has been engaged and appointed to represent each of the Hospitals in
Southcoast Hospital Group's appeal to the Provider Reimbursement Review Board of the
validity of the FY 2006 wage index regulations in connection with the Massachusetts Wage
Index Group Appeal.

Southcoast Hospitals Group (Southcoast) is assigned the Associated Hospital Service as its
Fiscal Intermediary, which is located at 50 Salem Street, Lynnfield, Massachusetts 01940-2694.
In addition, Southcoast is a fully merged corporation with one Medicare cost report. The fully
asset merged hospitals are physically located in Wareham, New Bedford and Fall River,
Massachusetts. Charlton and St. Luke's Hospitals are assigned to the Providence-New Bedford-
Fall River CBSA, and Tobey is assigned to the Boston-Quincy CBSA.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,
McDermott Will & Emery LLP, at the address above. Thank you for your attention to this matter.

Sincerely,

William Grigg
Sr. VP and CFO

Uniting for our community

CHARLTON MEMORIAL HOSPITAL
ST. LUKE'S HOSPITAL
TOBEY HOSPITAL

363 Highland Avenue
Fall River, Massachusetts 02720
Telephone (508) 679-7555



January 30, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Southcoast Hospitals Group (FYE 9/30/2006):
       1.) Charlton Memorial Hospital, 363 Highland Avenue, Fall River, MA (Medicare
       No. 22-007402)
       2.) St. Luke's Hospital, 101 Page Street, New Bedford, MA (Medicare No. 22-007401)
       3.) Tobey Hospital, 43 High Street, Wareham, MA (Medicare No. 22-0074)
       <u>Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06</u>

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street, Boston,
Massachusetts 02109, has been engaged and appointed to represent each of the Hospitals in
Southcoast Hospital Group's appeal to the Provider Reimbursement Review Board of the
validity of the FY 2006 wage index regulations in connection with the Massachusetts Wage
Index Group Appeal.

Southcoast Hospitals Group (Southcoast) is assigned the Associated Hospital Service as its
Fiscal Intermediary, which is located at 50 Salem Street, Lynnfield, Massachusetts 01940-2694.
In addition, Southcoast is a fully merged corporation with one Medicare cost report. The fully
asset merged hospitals are physically located in Wareham, New Bedford and Fall River,
Massachusetts. Charlton and St. Luke's Hospitals are assigned to the Providence-New Bedford-
Fall River CBSA, and Tobey is assigned to the Boston-Quincy CBSA.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,
McDermott Will & Emery LLP, at the address above. Thank you for your attention to this matter.

Sincerely,

William Grigg
Sr. VP and CFO

■  *Uniting for our community*

CHARLTON MEMORIAL HOSPITAL
ST. LUKE'S HOSPITAL
TOBEY HOSPITAL

363 Highland Avenue
Fall River, Massachusetts 02720
Telephone (508) 679-7655

277



WINCHESTER
HOSPITAL

January 23, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Winchester Hospital (Medicare Provider No. 22-0105), Winchester, MA
       Hospital FYE: 9/30/2006
       Provider Reimbursement Review Board Group Appeal Hearing Request for FY06

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street,
Boston, Massachusetts 02109, has been engaged and appointed to represent Winchester
Hospital in its appeal to the Provider Reimbursement Review Board of the validity of the
FY 2006 wage index regulations in connection with the Massachusetts Wage Index
Group Appeal.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,
McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Gerald F. O'Neill
Director of Finance Department

Cc: Kevin F. Smith

Affiliations:

Cardiology:

Pediatrics:

Joint Program in
Neonatology:

A Teaching Affiliate
of New England
Medical Center

279

41 Highland Avenue / Winchester, Massachusetts 01890 / (781) 729-9000



One Boston Medical Center Place
Boston, MA 02118-2393
Tel: 617 638 8000
Tel: 617 414 5000
www.bmc.org

January 30, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Boston Medical Center (Medicare Provider No. 22-0031), Boston, MA.
       Hospital FYE:  9/30/2006
       Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street,
Boston, Massachusetts 02109, has been engaged and appointed to represent Boston Medical
Center in its appeal to the Provider Reimbursement Review Board of the validity of the FY 2006
wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,
McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Ronald E. Bartlett
Vice President of Finance & CFO

281

BOSTON MEDICAL CENTER IS A 509(a) ...

Boston Medical Center
Boston ...
Boston ...                BST99 1487262-1.072678.0014
Boston University School of Medicine School of Dental Medicine

282

MetroWest Medical Center

**Framingham Union Hospital**
P.O. Box 9167
115 Lincoln Street
Framingham, MA 01701-9167
tel: 508.383.1000

**Leonard Morse Hospital**
67 Union Street
Natick, MA 01760-6099
tel: 508.650.7000

January 25 , 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    MetroWest Medical Center (Medicare Provider No. 22-0175), Framingham, MA.
       Hospital FYE:  1/31/2007
       Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street,
Boston, Massachusetts 02109, has been engaged and appointed to represent MetroWest Medical
Center in its appeal to the Provider Reimbursement Review Board of the validity of the FY 2006
wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,
McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Thomas Sullivan
Chief Financial Officer

283

51



SAINT VINCENT HOSPITAL

January 27, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    St. Vincent Hospital (Medicare Provider No. 22-0176), Worcester, MA.
       Hospital FYE: 1/31/2007
       Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street, Boston, Massachusetts 02109, has been engaged and appointed to represent St. Vincent Hospital in its appeal to the Provider Reimbursement Review Board of the validity of the FY 2006 wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau, McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Stephen Gilmore
Chief Financial Officer

285

52



**MEDICAL CENTER**

Our Mission is to Heal. Our Passion is to Care.

271 Carew Street
P.O. Box 9012
Springfield, MA 01102-9012
413-748-9000
www.mercycares.com

January 16, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Mercy Hospital (Medicare Provider No. 22-0066), Springfield, MA.
       Hospital FYE: 12/31/2006
       Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

   Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street, Boston, Massachusetts 02109, has been engaged and appointed to represent Mercy Hospital in its appeal to the Provider Reimbursement Review Board of the validity of the FY 2006 wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

   Please direct all correspondence regarding this appeal to the attention of Michael L. Blau, McDermott Will & Emery LLP, at the address above.

   Thank you for your attention to this matter.

Sincerely,

Robert DeVey
Chief Financial Officer

287



Mercy Medical Center is a member of the Sisters of Providence Health System and Catholic Health East, sponsored by the Sisters of Providence.

53

# Hubbard Regional Hospital
340 Thompson Road • Webster, MA 01570 • 508-943-2600

**Tab 53H**

January 30, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Hubbard Regional Hospital (Medicare Provider No. 22-0025), Webster, MA.
       Hospital FYE: 9/30/2006
       <u>Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06</u>

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street, Boston, Massachusetts 02109, has been engaged and appointed to represent Hubbard Regional Hospital in its appeal to the Provider Reimbursement Review Board of the validity of the FY 2006 wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau, McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

William Falkowski
Chief Executive Officer

289

54

**Berkshire**
**Medical Center**
BERKSHIRE HEALTH SYSTEMS

725 North Street
Pittsfield, MA 01201
(413) 447-2000

January 17, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Berkshire Medical Center (Medicare Provider No. 22-0046), Pittsfield, MA.
       Hospital FYE:  9/30/2006
       Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street,
Boston, Massachusetts 02109, has been engaged and appointed to represent Berkshire Medical
Center in its appeal to the Provider Reimbursement Review Board of the validity of the FY 2006
wage index regulations in connection with the Massachusetts Wage Index Group Appeal.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,
McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Darlene Rodowicz
Chief Financial Officer

291

A Major Affiliated Teaching Hospital of the University of Massachusetts Medical School

55

**NEW ENGLAND BAPTIST HOSPITAL**

January 17, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    New England Baptist Hospital (Medicare Provider No. 22-0088), Boston, MA.
       Hospital FYE: 9/30/2006
       <u>Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06</u>

Dear Chairperson Cochran:

        Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street,
Boston, Massachusetts 02109, has been engaged and appointed to represent New England
Baptist Hospital in its appeal to the Provider Reimbursement Review Board of the validity of the
FY 2006 wage index regulations in connection with the Massachusetts Wage Index Group
Appeal.

        Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,
McDermott Will & Emery LLP, at the address above.

        Thank you for your attention to this matter.

                                        Sincerely,

                                        Thomas Gheringhelli
                                        VP & CFO

56

Beth Israel Deaconess
Medical Center

A teaching hospital of
Harvard Medical School

**Tab 56H**

January 16, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Beth Israel Deaconess Hospital (Medicare Provider No. 22-0086), 330 Brookline
       Avenue, Boston, MA.
       Hospital FYE: 9/30/2006
       Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06

Dear Chairperson Cochran:

       Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street,
Boston, Massachusetts 02109, has been engaged and appointed to represent Beth Israel
Deaconess Hospital in its appeal to the Provider Reimbursement Review Board of the validity of
the FY 2006 wage index regulations in connection with the Massachusetts Wage Index Group
Appeal.

       Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,
McDermott Will & Emery LLP, at the address above.

       Thank you for your attention to this matter.

                                                    Sincerely,

                                                    Steven Fischer
                                                    Chief Financial Officer

cc    Vincent Guarino, Director
      Associated Health Services

295

Affiliated with Joslin Clinic | A research partner of Dana-Farber/Harvard Cancer Center | Official hospital of the Boston Red Sox

57



Beth Israel Deaconess
Medical Center



A teaching hospital of
Harvard Medical School

**Tab 57H**

January 16, 2006

Suzanne Cochran, Chairperson
Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Re:    Beth Israel Deaconess Needham (Medicare Provider No. 22-0083), 148 Chestnut Street,
      Needham, MA.
      Hospital FYE: 9/30/2006
      <u>Provider Reimbursement Review Board Group Appeal Hearing Request for FY '06</u>

Dear Chairperson Cochran:

Please be advised that the law firm of McDermott Will & Emery LLP, 28 State Street,
Boston, Massachusetts 02109, has been engaged and appointed to represent Beth Israel
Deaconess Needham in its appeal to the Provider Reimbursement Review Board of the validity
of the FY 2006 wage index regulations in connection with the Massachusetts Wage Index Group
Appeal.

Please direct all correspondence regarding this appeal to the attention of Michael L. Blau,
McDermott Will & Emery LLP, at the address above.

Thank you for your attention to this matter.

Sincerely,

Steven Fischer
Chief Financial Officer

Cc   Vincent Guarino, Director
     Associated Health Services

297

Affiliated with Joslin Clinic | A research partner of Dana-Farber/Harvard Cancer Center | Official hospital of the Boston Red Sox