UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANNA JAQUES HOSPITAL, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:06-CV-767 (GK) |
| MICHAEL O. LEAVITT, in his official capacity as the Secretary of the United States Department of Health and Human Services, | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

**NOTICE REGARDING FURTHER BRIEFING**

A July 15, 2008 Order instructed the Secretary to "notify the Court by August 18, 2008 whether it consents to resolution of this case based on arguments presented in Case No. 05-625, and entry of an order and judgment identical to the Court's February 27, 2008 Order in Case No. 05-625, or whether it instead believes there are material factual or legal differences in this case that require further briefing."

The Secretary has not identified any material factual or legal differences that require further briefing. But further briefing would be helpful to the Court as it would allow the Secretary to more fully explain one or more arguments in light of the Court's judgment in Case No. 05-625. For example, the Secretary could address the Court's misgivings with the argument that the phrase "on the basis of a survey" in 42 U.S.C. § 1395ww(d)(3)(E)(i) imbues the Secretary with the ability to make reasonable judgments about whether to exclude particular data that do not reflect the labor market conditions of subsection (d) hospitals.

1

In any event, even if the Court decides to enter an order that reaches the same conclusion on the merits as the order in Case No. 05-625, the Secretary requests an opportunity to present its views on the proper nature of the remedy in this case. The Secretary was not certain that the Court's request for the Secretary's position encompassed this matter, which is one of significant importance to the agency, and given the Court's admonition regarding further briefing, Order, July 15, 2008, Doc. No. 10, at 2 (stating that "further briefing concerning the Motions for Summary Judgment may only be filed by leave of the Court"), thought it better to await the Court's guidance.

Dated: August 18, 2008                    Respectfully submitted,

                                          GREGORY G. KATSAS
                                          Assistant Attorney General

                                          JEFFREY A. TAYLOR
                                          United States Attorney

                                          SHEILA M. LIEBER,
                                          Deputy Director,
                                          Federal Programs Branch

                                          s/ Justin M. Sandberg
                                          JUSTIN M. SANDBERG
                                          (Ill. Bar. No. 6278377)
                                          Trial Attorney, Federal Programs Branch
                                          Civil Division
                                          U.S. Department of Justice
                                          P.O. Box 883
                                          Washington, D.C. 20044
                                          (202) 514-3489 (telephone)
                                          (202) 616-8202 (facsimile)
                                          Counsel for Defendant